PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

**FILED**
June 12, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ad_____
DEPUTY

Amy E Odem  0243 7075
Plaintiff's Name and ID Number

LANE MURRAY
Place of Confinement

CASE NO. 6:23CV441
(Clerk will assign the number)

v.

UTMB - HEADQUARTERS IN AUSTIN TX
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: APPROX ~ 10/2022
      2. Parties to previous lawsuit:
        Plaintiff(s) Amy E Odem
        Defendant(s) Heather Pearson, Sandra Hinojosa
      3. Court: (If federal, name the district; if state, name the county.) Federal US District Court, Southern Dist. Texas, Corpus Christi TX 78401
      4. Cause number: 2:22-CV-00242
      5. Name of judge to whom case was assigned: Judges Julie K Hampton / Judge Nelva Gonzales Ramos
      6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending
      7. Approximate date of disposition: unclear of disposition definition

II.  PLACE OF PRESENT CONFINEMENT: Lane Murray

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  X YES  __ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Amy E Odem
Lane Murray ; 1916 N Hwy 36 Bypass
Gatesville TX 76596

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.
Defendant #1: UTMB , Prison Medical Services
Headquarters in Austin TX, (unable to find exact address)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denied medical care, treatment, supplies. Denied access to supplies appropriate to my anatomical structure causing pain/suffering, mentally too, was aware of my needs & consequences & disregarded them anyway. Disregarded cries for help, responded w/ retaliation. Has policies

Defendant #2: that caused injury and harm to me, and continues to, all worsened w/ comorbidities.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

prison or FBI numbers ever assigned to you.
TDC Number 02437045 and Jail ID (can't recall) but was from Aransas Co Det Center

VIII. SANCTIONS:
A. Have you been sanctioned by any court as a result of any lawsuit you have filed? __ YES  X NO
B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
   1. Court that imposed sanctions (if federal, give the district and division): N/a
   2. Case number: n/a
   3. Approximate date sanctions were imposed: N/a
   4. Have the sanctions been lifted or otherwise satisfied? n/a  __ YES __ NO

4

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

My claims are against UTMB and I detail my claims in attached paperwork, experiences from San Saba and Lane Murray. My timeline is from April to 2023 present day 2023 (6/7) Various members of medical staff are involved but my claims mostly involve interactions w/ nurses, but not limited to. My pain, traumas, injuries, experiences are laid out, detailed in descriptions of how incorrect prosthetic colostomy bag supplies have impacted me, disregard and indifference from staff all documented in paperwork.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I pray for relief for my pain and injuries through monetary compensation and pray that nobody w/ my conditions/afflictions will suffer after me the ways I've been made to.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Amy Elizabeth White (maiden name)

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDC Number 02437045 and Jail ID (can't recall) but was from Aransas Co Det Center

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/a
2. Case number: n/a
3. Approximate date sanctions were imposed: N/a
4. Have the sanctions been lifted or otherwise satisfied? N/a

4

C. Has any court ever warned or notified you that sanctions could be imposed? N/a  ____YES ____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): N/a
   2. Case number: N/a
   3. Approximate date warning was issued: N/a

Executed on: 6/7/23
            DATE

Amy E. Odem
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___7th___ day of ___June___, 20 _23_.
            (Day)              (month)              (year)



Amy E. Odem 02437075
(Signature of Plaintiff)

**WARNING**: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

6/9/23

1) LATE APRIL 2023, LEFT SAN SABA PRISON UNIT TO THE ER FOR ABDOMINAL INFECTION AROUND SITE OF STOMA & COLOSTOMY, WHERE SKIN WAS IRRITATED / BLEEDING / INFECTED FROM STOOL SITTING ON SKIN, CAUSED BY THE WRONG TYPE OF BAGS / SUPPLIES FOR MY INVERTED STOMA. THE GUARDS TOOK PHOTOGRAPHS OF IT, TO DOCUMENT INJURY.

- SAN SABA FACILITY SAID THAT THEY WERE UNABLE TO ORDER BAGS THAT WOULD 'WORK' FOR ME SUCH AS MY COLOSTOMY SUPPLY PRESCRIPTION HOL 8914 BAG / HOL 8915 SLIM RING. THE BAG / RING COMBO CREATED A PIPEWAY / TUNNEL FOR SAFE PASSAGE OF FECES TO EXIT MY STOMA & TRAVEL INTO THE BAG RECEPTACLE BYPASSING THE ACT OF STOOL ACCUMILATION ON MY SKIN AS WELL AS CREATING A SAFE, STABLE PRESSURE CONTROL CHECK IN MY UTILITY WHERE FOR 3 YEARS I NEVER EXPERIENCED ANY 'BLOWOUTS' OR 'LEAKS'.

- SAN SABA SAID THAT THEY WERE UNABLE TO ORDER DUE TO UTMB'S POLICIES, AND THAT THE STATE WOULDN'T APPROVE THEM.

- THERE WAS A GREAT DEAL OF TIME SPENT THERE W/ MEDICAL STAFF GOING BACK AND FORTH OVER WHAT SIZE TO CUT THE HOLE IN THE WAFER TO, LIKE ONE LONG STATISTICAL TRIAL. THE WAFER IS THE CIRCULAR APPARATUS THAT STICKS TO MY ABDOMEN AND IN THE CENTER, A HOLE IS CUT THAT RESEMBLES A DONUT. ⊙ THIS IS WHERE MY STOMA IS LOCATED AND WHERE STOOL EXITS MY BODY. THIS WAFER IS DESIGNED FOR PEOPLE WHO HAVE 'EXTERNAL STOMAS' AND IT CAN BE WORN FOR DAYS AT A TIME, AS 'BAGS' ARE MADE TO STICK THEMSELVES ONTO THE WAFER AND CAN THEN BE DISCARDED LATER. FOR ME, STOOL AND FECES GETS TRAPPED BEHIND THE WAFER, CAUSING BUILD-UPS, BLOW OUTS, LEAKS AND INFECTIONS AND PAIN.

→

② 

SOME NURSES/STAFF THOUGHT IF THE HOLE WAS CUT SMALL IT WOULD WORK AND I CAN SAY W/ 100% THAT SMALLER DOESN'T WORK. AT SAN SABA OR HERE AT LANE MURRAY WITH A DIFFERENT STAFF WHO IS KEEN ON RUNNING THE SAME TRIALS TO INFINITY.

BESIDES MY INVERTED STOMA, I ALSO HAVE LARGE SCAR TISSUE AND LARGE HERNIAS THAT CREATE AN EXTREMELY UNEVEN ABDOMINAL SURFACE SO ATTACHING A LARGE WAFER IS PROBLEMATIC & IMPOSSIBLE.

I REPORTED SEVERAL COMPLAINTS TO MEDICAL AT SAN SABA AS WELL AS FILING GRIEVANCES. TOWARDS THE END OF MY STAY THERE I FELT LIKE I WAS HAVING A CROHN'S FLARE UP WHERE I WAS BLOWING OUT BAGS TWICE A DAY PRACTICALLY, EXPERIENCING LEAKS IN THE DORM W/ OTHER INMATES AND EVEN IN THE LAW LIBRARY WHERE MY CLOTHES BECAME SOAKED W/ STOOL. THERE WERE SOME GUARDS THERE WHO LET ME GATHER MY SUPPLIES TO GO SHOWER OFF/CLEAN IN AN AVAILABLE SEGREGATED CELL FOR HYGIENE/SANITATION SAFETY AS WELL AS SOME DESPERATELY NEEDED PRIVACY.

THIS ACTIVITY WAS CAUSING OTHER ILLNESSES & CONDITIONS TO DETERIORATE/WORSEN SUCH AS MY BLOOD PRESSURE AND ANEMIA. IN ADDITION TO THE PROLONGED, CHRONIC EXPOSURE TO CAUSTIC STOOL I ALSO HAD SURFACE BLEEDING & INTERNAL BLEEDING TOO. WHEN I WENT TO THE ER AT THE END OF APRIL 2023, MY HEMOGLOBIN LEVEL WAS AT AN 8. THE HOSPITAL I WAS AT TRANSFUSES AT 7. BECAUSE I WENT TO THE ER, IT WAS SAN SABA POLICY TO TRANSFER ME OFF THE UNIT TO A UNIT THAT HAD 24 HR MEDICAL STAFF AVAILABLE SHOULD THE NEED BE WARRANTED.

→

6/7/23

MY PROBLEMS FOLLOWED ME TO LANE MURRAY, WHERE MEDICAL STAFF COMPLAINED ABOUT MY 'EXCESSIVE / FREQUENT USE' OF COLOSTOMY BAGS & WAFERS, AND REPORTED BLOWOUTS / PAIN / BLEEDING. EARLY ON, THE FIRST NURSE TO INSPECT ME HERE WAS SHOWN MY INVERTED STOMA AND REGRETTED THAT SPECIAL ORDERING THE CORRECT SUPPLIES FOR ME WAS GOING TO BE TOO DIFFICULT, THAT SOME CONTACT IN OUTSIDE WORLD WOULD HAVE TO DO IT ETC ETC AND THAT IT WASN'T GOING TO HAPPEN.

THERE WOULD BE ANOTHER NURSE, NURSE MURPHY WHO WAS 'DISGUSTED' AT THE REALITY OF MY SITUATION, THE INJURIES, INCORRECT SUPPLIES AND SUFFERING AS A RESULT. HER HOPE WAS THAT ONE OF THE PROVIDERS WOULD ACCOMODATE ME BUT THAT WASN'T MEANT TO BE DESPITE HER WISHES TO MAKE MY PAIN & NEGLECT STOP. IT BOTHERED HER THAT EVERYONE WHO COULD HELP WAS LOOKING THE OTHER WAY, WHILE MY HEALTH WAS AT RISK, AS WELL AS THE OTHER INMATES WHO COME INTO CONTACT W/ ME, LIKE 6/6/23 WHEN THE BAG I WAS WEARING BLEW OUT AND DIARRHEA SOILED MY CLOTHES IN A PUBLIC GATHERING PLACE AS WELL AS THE CAFETERIA.

SO, LASTLY I'LL TELL THE STORY OF 10 DAYS SURROUNDING MEMORIAL DAY WKEND HERE AND WHAT HAPPENED TO ME.


TDCJ Law Library

THURSDAY, BEFORE MEMORIAL DAY, I WAS SHOVED IN K3A-12   6/7/23
AND WAS MADE TO 'OPI' OUT, WHERE YOU LEAVE CELL, GO TO
'SEG' FOR ~10 DAYS AND THEN ARE RE-HOUSED.
BUT PRIOR TO GOING TO SEG, YOU'RE REQUIRED TO GO TO MEDICAL TO
HAVE BLOOD PRESSURE READ AND B'COS I WAS HAVING A PANIC ATTACK
THEY WERE UNABLE TO GET A GOOD READ. IT WAS AN EXHAUSTIVE
EFFORT B'COS I KNEW THE FATE AWAITING ME. I KNEW MY MEDICAL
NEEDS WOULD BE NEGLECTED BY MEDICAL AND TDCJ GUARDS/STAFF.
I WAS RIGHT BY 1000%.

I HAD A GUARD GIVE ME UROSTOMY BAGS AND I EXPLAINED THEY WEREN'T
THE CORRECT SUPPLIES AND SHE YELLED AT ME SAYING 'I DON'T CARE, THIS IS
WHAT MEDICAL GAVE ME'. (WHY WOULD THEY GIVE ME BLADDER BAGS I THOUGHT)
AND THE MEDICAL BLDG IS ONLY 200 YDS AWAY, IF THAT FAR.
THAT EVENING A MEDICAL NURSE CAME BY TO DO ROUNDS, I ALERTED HER
OF IT & SAID I NEED MORE COLOSTOMY SUPPLIES, THAT I WAS HAVING
BLOODY DIARRHEA & BLOWOUTS & HAD ONE LEFT. TIME WAS CRITICAL.
SHE TOOK UROSTOMY SUPPLIES, & PROMISED TO RETURN SHORTLY W/ AN
EXCHANGE. I NEVER SAW HER AGAIN THAT NITE.

THE NEXT DAY WAS DISASTEROUS, MORE BLOWOUTS AND WHEN I SAW HER AGAIN
I EXPLAINED THE URGENCY/ISSUES AND WAS TOLD THAT SHE WAS
SORRY SHE'D BROUGHT MY BAGS BUT JUST FORGOT & WOULD BE RIGHT BACK.
NEVER TO RETURN.

I WAS ONLY GIVEN ONE OR TWO BAGS AT A TIME, WHEN I DID
MANAGE FROM HAVING THE EXTREMELY RARE KIND HEARTED GUARD (WHO FELT
BAD FOR ME) BUT THOSE WOULDN'T EVEN LAST A DAY BEFORE THEY'D BE
BLOWN OUT, WASTED AND EVEN THEN I'D HAVE TO KEEP THE DIRTY BAGS
ON THAT BLEW OUT, AND WERE COATED W/ FECES.

(5)

6/7/23

I WOULD DO MY BEST TO SQUASH OUT WASTE INTO TOILET AND THEN PLUGGED THE HOLES W/ TOILET PAPER AND MAXI PADS. THERE WERE 4 NURSES WHO SAW THAT, AND ALSO A NURSE WHO SAW ME HOLDING A FOLDED SOCK W/ A MAXI PAD OVER MY STOMA ONCE THE SPENT BAG HAD TO BE REMOVED FROM BURNING & BLEEDING TOO BAD. THE FACULTY WOULD MAKE PROMISES TO HELP THAT FELL THROUGH. FINALLY, THROUGH THE KINDNESS OF A GUARD, I WAS ABLE TO SEE A PHYSICIAN ASSISTANT AND COMPLAINED OF RASH, BLOOD, BLISTERING, ON MY SKIN & MY SKIN NEVER GOT LOOKED AT BEFORE SHE DECLARED I WAS FINE.

THERE WERE MANY MANY DAYS WHERE FECES (BLOOD & DIARRHEA) WERE SPRAYING OUT OF MY STOMA & ALL OVER THE FLOOR. RUINING MY CLOTHES, UNDERWEAR, RUNNING DOWN MY LEGS, COVERING ME IN IT. THE GUARD DROPPED OFF PINE-SOL AND I USED A SOCK FOR A MOP & CLEANED IT IN THE TOILET ALONG W/ MY RUINED UNDERWEAR. AND JUST WHEN EVERYTHING WAS CLEANED IT WOULD HAPPEN AGAIN. I EVENTUALLY RAN OUT OF CLOTHES AND USED A SHEET TO COVER W/. THERE WAS A GUARD IN THERE WHO WOULD SKIP MY MEALS OUT OF HATRED BUT EATING & DRINKING HAD BECOME A SEVERE MENTAL HURDLE FOR FEAR IT WOULD MAKE MY BOWEL ISSUES WORSE AND IM STILL EXPERIENCING THAT RIGHT THIS VERY MINUTE THE FEAR IS SO OVERWHELMING.

I WROTE SEVERAL I-60'S (COMPLAINTS / PROCEDURES TO ASK FOR HELP) TO EVERYONE. CAPT HOUSTON, THE WARDEN, MEDICAL & SO ON. ALL OF MY EFFORTS FELL ON DEAF EARS. MY RASH & BLISTERING GOT SO BAD I WAS BEGGING FOR PREDNISONE SHOTS THAT I NEVER RECIEVED. THERE TOWARDS THE END I RECIEVED (10 DAYS) 2 BOXES OF BAGS/ WAFERS BOTH AND BEFORE LEAVING, THE HEAD OF MENTAL HEALTH STOPPED BY W/ HER ASSISTANT APOLOGIZING.

TDCJ-ID LAW LIBRARY

⑥

6/7/23

SAYING THAT SHE WAS SORRY SHE COULDN'T DO MORE & FELT AS THOUGH THE NEGLECT / DENIAL OF MEDICAL CARE / SUPPLIES ALL STEMMED FROM MAKING PEOPLE MAD THAT THURSDAY INSIDE MEDICAL WHEN I HAD MY PROPHETIC PANIC ATTACK.

THE GUARD WP HAD PACKED UP MY ITEMS IN K3A-12 ON THAT THURSDAY BEFORE MEMORIAL DAY FROM K3A-12, THREW AWAY MY PICTURES & A SMA SUPPLY OF COLOSTOMY BAGS THAT WERE IN THERE, EVEN AFTER A FORMER NEIGHBOR BEGGED THE GUARD TO BRING THEM TO ME.

I LIVE IN CONSTANT AND PERPETUAL FEAR OF LEAVING HERE IN A BODY BAG. FROM MY CROHN'S DISEASE I SUFFER FROM THE FOLLOWING ITEMS IN ADDITION / RELATED TO MY GI COLOSTOMY ISSUE: RENAL / KIDNEY DISEASE, SEVERE ANEMIA, ELECTROLYTE DEFECENCIES THAT LEAD TO HIGH BLOOD PRESSURE / TACHYCARDIA, CVD, HIGH BLOOD PLATELET COUNT ( THICK / CLOTTING FACTORS → STROKE / ANEURYSM RISK ) THAT MY DAD JUST DIED FROM, INABILITY TO ABSORB VITAMINS / NUTRIENTS, TOTAL BONE DE-MINERALIZATION, OSTEOARTHRITIS, SEVERE CHRONIC PAIN, ANKYLOSING SPONDYLITIS, SJOGREN'S SYNDROME, RHEUMATOID ARTHRITIS, AUTO-IMMUNE DISORDERS, HIGH WBC COUNTS, PSORIATIC ARTHRITIS, PAINFUL, SWOLLEN HERNIAS, INVERTED STOMA, CHRONIC BOWEL BLOCKAGES, BLEEDING FROM RECTUM / PAIN, HIGH INFLAMMATION MARKERS, DIVERTICULITIS / DIVERTICULOSIS, ASPERGER'S SYNDROME ( HIGH FUNCTIONING AUTISM ), ROSACEA, RESTRICTIONS TO BE IN AIR CONDITIONING THAT ARE ALSO NEGLECTED, CHRONIC SURFAC & INTERNAL BLEEDING.

I NEED HELP AND AM IN CONSTANT FEAR. I PRAY FOR RELIEF, AND ~~THANK YOU~~ AM INTERESTED IN FILING A CIVIL SUIT AGAINST [UTMB] ~~~~ AND PRAY FOR MONETARY COMPENSATION FOR WHAT WE ENDURED. THANK YOU FOR YOUR TIME.

SINCERELY,

AMY E ODEM

# 02437075    7/7/23    LANE MURRAY

Amy E Odem 02...
Lane Murray
1916 N Hwy 36 Bypass
Gatesville TX 76596

RECEIVED
JUN 12 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Federal Court Waco / Civil Rights Complaints
901 Washington Ave #200
Waco TX 76701

76701$1254 C099

LEGAL